IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 04-cr-00187-LTB

UNITED STATES OF AMERICA,

 Plaintiff,

v.

14. DIXIE R. GUEBARA,

 Defendant.

_____

**ORDER GRANTING GOVERNMENT'S MOTION FOR
DEFENDANT TO RECEIVE THE THIRD LEVEL FOR
ACCEPTANCE OF RESPONSIBILITY UNDER U.S.S.G. §3E1.1(b)**

_____

THIS MATTER comes before the Court on the Government's referenced motion, and this Court, after having the opportunity to review this pleading, its file in this matter, and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Motion, for good cause shown, should be and is hereby **GRANTED**.

THEREFORE, this defendant shall receive a 3-level decrease in offense level for acceptance of responsibility under the provisions of §3E1.1 of the Sentencing Guidelines.

DONE AND ORDERED this __2nd__ day of March, 2006.

        BY THE COURT:

        ___s/Lewis T. Babcock_____
        LEWIS T. BABCOCK, Chief Judge
        United States District Court
        District of Colorado